**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
The Huntington National Bank

In Re:
      Stonaker, John R.

Order Filed on May 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>21-12831 KCF</u>

Hearing Date: 5/25/2021

Judge:  Kathryn C. Ferguson

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 26, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>The Huntington National Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**2019 Ford Ranger 4WD Supercrew 5,VIN: 1FTER4FH2KLA07209,**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*